UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,               CRIMINAL NO. 07-20303

v.                                 HONORABLE AVERN COHN

D-2, BRIAN BROWN,

       Defendant.
_____/

**ORDER GRANTING APPLICATION FOR APPOINTMENT OF COUNSEL**

On December 18, 2008 the defendant filed a pro-se Notice of Appeal and an Application for Appointment of Counsel with an accompanying financial affidavit. The Court being fully advised in the premises,

IT IS HEREBY ORDERED that the application is GRANTED. The Federal Defender's Office is appointed to represent the Defendant on appeal.

Dated: December 29, 2008          s/Avern Cohn
                                         AVERN COHN
                                         UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to Brian Brown, 35368 Downing Court, Clinton Township, MI 48035 and the attorneys of record on this date, December 29, 2008, by electronic and/or ordinary mail.

                                                 S/Julie Owens
                                               Case Manager, (313) 234-5160